Paul H. Bratton ABN 0711081
Law Offices of Paul H. Bratton
P.O. Box 463
Talkeetna, AK 99676
907.733.2185
(Fax) 772.679.8158
phbratton@gci.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL H. NAKADA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>NCO FINANCIAL SYSTEMS, INC., )<br>)<br>Defendant. )<br>)<br>_____) | **Civil Case No.: 3:09-cv-00013 TMB** |

### PARTIES' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Parties' file a notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii).

1. Michael H. Nakada is plaintiff.

2. NCO Financial Systems, INC. is the defendant.

3. On January 26, 2009, plaintiff filed suit against defendant by filing the underlying complaint. Document 1

4. Defendant has received the complaint and summons via restricted delivery priority mail. Defendant has filed an Answer. Document 4

5. This case is not a class action, and a receiver has not been appointed.

6. This action is not governed by any statute of the United States that requires an order of the court for dismissal of this case.

7. Plaintiff has not dismissed an action based on or including the same claim or claims as those presented in this suit.

8. This dismissal by stipulation of all parties is with prejudice and waives any petition for costs or fees.

DATED this 21st day of May, 2009.

DELANEY WILES, INC.
Attorneys for Defendant,
NCO Financial Systems, Inc.

/s/ Scott J. Gerlach   (Consent)
DELANEY WILES, INC.
1007 West 3rd Avenue, Suite 400
Anchorage, AK 99501
Telephone:   (907) 279-3581
Facsimile:     (907) 277-1331
sjg@delaneywiles.com
ABA #0711084


LAW OFFICE OF PAUL H. BRATTON
Attorney for Plaintiff

/s/ Paul H. Bratton
Paul H. Bratton
Law Office of Paul H. Bratton
P. O. Box 463
Talkeetna, AK 99676
Phone: 907.733,2185
Fax: 772.679.8158
Email: phbratton@gci.net
ABN: 0711081

Certificate of Service

I hereby certify that on the 21st day of
May, 2009, a copy of the foregoing document
was served electronically on all parties
via the CM/ECF system:
s/ Paul H. Bratton